UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS, D99649,<br><br>Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>Respondent. | Case No. 20-cv-00679-CRB  (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner seeks federal habeas review of the execution of a sentence imposed by Contra Costa County Superior Court, which lies within the venue of the Northern District of California. See 28 U.S.C. § 84(a).  Specifically, he challenges the state courts' denial of his eligibility for a youthful offender parole hearing.  Petitioner is incarcerated at California State Prison, Corcoran (CSP – COR) in Kings County, which lies within the venue of the Eastern District of California. See id. § 84(b).

Venue is proper in a habeas action in either the district of conviction or the district of confinement, see 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence.  See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Because Kings County lies in the Eastern District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: May 8, 2020

_____
CHARLES R. BREYER
United States District Judge